**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| TROY R. HARVEY, | : | Case No. 3:25-cv-00428 |
| Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| CITY OF TROY, OHIO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Pending before the Court is Plaintiff's "Motion to Assume Jurisdiction and Remove State Probate Proceeding Due to Federal Civil Rights Violations, Structural Bias, and Impossibility of a Fair Hearing." (Doc. No. 2.) The Motion was filed along with Plaintiff's original Complaint in this case, which has since been superseded (or replaced) by Plaintiff's Amended Complaint. (Amended Complaint, Doc. No. 7; *See also* Order, Doc. No. 8 [noting that the Amended Complaint is now the operative complaint].)

Although the original Complaint contained allegations about the state probate court proceedings, the Amended Complaint does not. (*Compare* Doc. No. 5 *with* Doc. No. 7.) Plaintiff's Motion, which addresses those proceedings, therefore is seeking relief outside the scope of this action. The undersigned accordingly **DENIES** the Motion. (Doc. No. 2.)

Plaintiff is reminded that he must notify the Court if his mailing address changes while this case is pending.

**IT IS SO ORDERED**.

s/Caroline H. Gentry
Caroline H. Gentry
United States Magistrate Judge

### DEADLINE TO FILE OBJECTIONS

In accordance with Rule 72(a) of the Federal Rules of Civil Procedure, any party may file and serve written objections to this Order **within fourteen (14) days** after being served with a copy. A party may respond to another party's objections **within fourteen (14) days** after being served with a copy. If timely objections are filed, then the District Judge will consider them and modify or set aside any portion of the Order that is clearly erroneous or contrary to law. A party may not assign as error a defect in the Order to which no timely objection was filed. Even if objections are timely filed, this Order will remain in full force and effect unless it is stayed or overruled. *See* S.D. Ohio Civ. R. 72.3.

2