**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TROY HARVEY, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-428 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| CITY OF TROY, OHIO *et al.*, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendants. | : | |
| | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION**
**(DOC. NO. 10) AND DISMISSING PLAINTIFF'S AMENDED COMPLAINT**
**(DOC. NO. 7) WITH PREJUDICE UNDER 28 U.S.C. § 1915(e)**

---

Currently before the Court is the Report and Recommendation (the "Report") (Doc. No. 10) issued by Magistrate Judge Caroline H. Gentry.  In her Report, Magistrate Judge Gentry recommends that the Court dismiss Plaintiff Troy Harvey's ("Plaintiff") Amended Complaint (Doc. No. 7) pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.  (Doc. No. 10 at PageID 779–80.)  Magistrate Judge Gentry further recommends that, because reasonable jurists would not disagree with this conclusion, Plaintiff be denied a certificate of appealability and not be permitted to proceed *in forma pauperis*.  (*Id.* at PageID 780 (citing 28 U.S.C. 1915(a)(3)).) Plaintiff filed his Objection (Doc. No. 11) to the Report one day after the objection deadline, on July 10, 2026.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Although Plaintiff's Objection (Doc. No. 11) was untimely, the Court nevertheless reviewed Plaintiff's arguments and finds that they are not well-taken. For reasons thoroughly delineated in the Report, Plaintiff failed to state cognizable

1

procedural Due Process, Equal Protection, or *Monell* claims. (*See* Doc. No. 10 at PageID 774–79.) Nothing asserted in Plaintiff's Objection (Doc. No. 11) stands to change that fact.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. No. 10) in its entirety. Wherefore, the Court **DISMISSES** Plaintiff's Amended Complaint (Doc. No. 7) pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) **WITH PREJUDICE**. Because reasonable jurists would not disagree with this conclusion, Plaintiff is **DENIED** a certificate of appealability, and the Court **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous, and therefore, Plaintiff should not be permitted to proceed *in forma pauperis*. The Clerk is hereby directed to **TERMINATE** this action on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, July 13, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2